UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| ARLENE MONEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:02-CV-183/1:99-CR-73 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

For the reasons set forth in the accompanying Memorandum, the Court **DENIES** Petitioner Arlene Money's ("Petitioner") motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Court File No. 3). Further, the Court **DECLINES** to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and **CERTIFIES** any appeal in this matter by Petitioner would not be taken in good faith.

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**